JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ESCABEDO,<br><br>  Plaintiff,<br><br>  vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., DOE SMITH'S FOOD & DRUG CENTERS, INC. EMPLOYEE 1; DOES 2 through 10; ROE CORPORATIONS 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:23-cv-02031-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR FILING RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT AND REMAND TO STATE COURT**<br><br>**[FIRST REQUEST]** |

**WHEREAS** Plaintiff CARLOS ESCABEDO (hereinafter "Plaintiff"), by and through his counsel of record, the law firm of BRENSKE ANDREEVSKI & KRAMETBAUER, filed his Motion to Amend Complaint and Remand to State Court on June 5, 2024 (*see* ECF No. 21);

**WHEREAS** Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "SMITH'S"), by and through its counsel of record, the law firm of COOPER LEVENSON, P.A., is required to file its Response to Plaintiff's Motion to Amend Complaint and Remand to State Court no later than June 19, 2024;

**WHEREAS** Plaintiff and SMITH'S (collectively, the "Parties"), by and through their respective counsel of record, have begun and continue to engage in settlement discussions to avoid further litigation;

//

NG-C2N3CBX6 4855-7104-0201.1

**WHEREAS** the Parties are awaiting a final response from Plaintiff's health insurance regarding figures to include in the Parties' ongoing settlement discussions;

**WHEREAS** the Parties seek to avoid additional motion practice if settlement can be reached; and

**WHEREAS** this is the First such Stipulation entered into the Parties and presented to this Court regarding this motion practice:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and SMITH'S, by and through their respective counsel of record, that the date for SMITH'S to file its Response to Plaintiff's Motion to Amend Complaint and Remand to State Court be extended by twenty-one (21) days, to **July 10, 2024**.

**IT IS SO STIPULATED.**

DATED this 17th day of June, 2024.                    DATED this 17th day of June, 2024.

**BRENSKE ANDREEVSKI & KRAMETBAUER**        **COOPER LEVENSON, P.A.**

*/s/ Scott M. Brenske*                                          */s/ Pooja Kumar*

| | |
|---|---|
| RYAN D. KRAMETBAUER, ESQ. | JERRY BUSBY, ESQ. |
| Nevada Bar No. 012800 | Nevada Bar No. 001107 |
| SCOTT M. BRENSKE, ESQ. | POOJA KUMAR, ESQ. |
| Nevada Bar No. 15874 | Nevada Bar No. 012988 |
| 5740 South Eastern Avenue, Suite 100 | 3016 West Charleston Boulevard, Suite 195 |
| Las Vegas, Nevada 89119 | Las Vegas, Nevada 89102 |
| (702) 385-3300 | (702) 366-1125 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Carlos Escabedo* | *Smith's Food & Drug Centers, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 17, 2024

4855-7104-0201, v. 1

2

NG-C2N3CBX6 4855-7104-0201.1