JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS ESCABEDO,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br>DOE SMITH'S FOOD & DRUG CENTERS,<br>INC. EMPLOYEE 1; DOES 2 through 10;<br>ROE CORPORATIONS 1 through 10,<br>inclusive,<br><br>Defendants. | Case No. 2:23-cv-02031-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR FILING RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT AND REMAND TO STATE COURT**<br><br>**[SECOND REQUEST]** |

**WHEREAS** Plaintiff CARLOS ESCABEDO (hereinafter "Plaintiff"), by and through his counsel of record, the law firm of BRENSKE ANDREEVSKI & KRAMETBAUER, filed his Motion to Amend Complaint and Remand to State Court on June 5, 2024 (*see* ECF No. 21);

**WHEREAS** the Parties filed, and this Court signed an Order granting, a Stipulation to extend the date for Defendant SMITH'S FOOD & DRUG CENTERS, INC. to file its Response to Plaintiff's Motion (*see* ECF No. 24);

**WHEREAS** Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "SMITH'S"), by and through its counsel of record, the law firm of COOPER LEVENSON, P.A., is required to file its Response to Plaintiff's Motion to Amend Complaint and Remand to State Court no later than July 10, 2024;

**WHEREAS** Plaintiff and SMITH'S (collectively, the "Parties"), by and through their respective counsel of record, have begun and continue to engage in settlement discussions to avoid further

NG-C2N3CBX6 4864-6657-6591.1

litigation, the discussions for which have been continuing in good faith;

**WHEREAS** the Parties seek to avoid additional motion practice if settlement can be reached; and

**WHEREAS** this is the Second such Stipulation entered into by the Parties and presented to this Court regarding this motion practice:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and SMITH'S, by and through their respective counsel of record, that the date for SMITH'S to file its Response to Plaintiff's Motion to Amend Complaint and Remand to State Court be extended by seven (7) days, to **July 17, 2024**.

**IT IS SO STIPULATED.**

DATED this 10th day of July, 2024.

**BRENSKE ANDREEVSKI & KRAMETBAUER**

*/s/ Scott M. Brenske*
_____
RYAN D. KRAMETBAUER, ESQ.
Nevada Bar No. 012800
SCOTT M. BRENSKE, ESQ.
Nevada Bar No. 15874
5740 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89119
(702) 385-3300
*Attorneys for Plaintiff*
*Carlos Escabedo*

DATED this 10th day of July, 2024.

**COOPER LEVENSON, P.A.**

*/s/ Pooja Kumar*
_____
JERRY BUSBY, ESQ.
Nevada Bar No. 001107
POOJA KUMAR, ESQ.
Nevada Bar No. 012988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
*Attorneys for Defendant*
*Smith's Food & Drug Centers, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 10, 2024

4864-6657-6591, v. 1