JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS ESCABEDO,<br><br>        Plaintiff,<br><br>  vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br>DOE SMITH'S FOOD & DRUG CENTERS,<br>INC. EMPLOYEE 1; DOES 2 through 10;<br>ROE CORPORATIONS 1 through 10,<br>inclusive,<br><br>        Defendants. | Case No. 2:23-cv-02031-JAD-EJY<br><br>**STIPULATION AND ORDER**<br>**FOR DISMISSAL <u>WITH</u>**<br>**<u>PREJUDICE</u>**<br><br>[ECF No. 31] |

WHEREAS, the parties and their counsel have agreed upon a full and final settlement of all claims at issue in this case;

IT IS HEREBY STIPULATED AND AGREED by and between SCOTT M. BRENSKE, ESQ. of the law firm BRENSKE, ANDREEVSKI & KRAMETBAUER, Attorneys for Plaintiff CARLOS ESCABEDO and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1. That all claims herein of Plaintiff CARLOS ESCABEDO against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

NG-C2N3CBX6 4864-7071-1784.1

2. That the Court vacate any deadlines or filing dates on the Court's docket.

DATED this 24th day of September, 2024.          DATED this 24th day of September, 2024.

**BRENSKE ANDREEVSKI**                           **COOPER LEVENSON, P.A.**
  **& KRAMETBAUER**

*/s/ Scott M. Brenske*                           */s/ Jerry S. Busby*
_____                  _____
RYAN D. KRAMETBAUER, ESQ.                        JERRY BUSBY, ESQ.
Nevada Bar No. 012800                            Nevada Bar No. 001107
SCOTT M. BRENSKE, ESQ.                           POOJA KUMAR, ESQ.
Nevada Bar No. 15874                             Nevada Bar No. 012988
5740 South Eastern Avenue, Suite 100             3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89119                          Las Vegas, Nevada 89102
(702) 385-3300                                   (702) 366-1125
Attorneys for Plaintiff                          Attorneys for Defendant
CARLOS ESCABEDO                                  SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

DATED this 24th day of September, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

NG-C2N3CBX6 4864-7071-1784.1